| | |
|---|---|
| 1 | CAROL C. LAM<br>United States Attorney |
| 2 | L. MARCEL STEWART<br>Assistant United States Attorney |
| 3 | California State Bar No. Pending<br>United States Attorney's Office |
| 4 | Federal Office Building<br>880 Front Street, Room 6293 |
| 5 | San Diego, California 92101<br>Telephone: (619) 557-5766 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**FILED**
AUG 3 1 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

06CR1908-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 06MG1544 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESS(ES) AND** |
| JUAN MANUEL OLGUIN-TREJO, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | |
| | ) | **(Pre-Indictment Fast-Track Program)** |

   **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and L. Marcel Stewart, Assistant United States Attorney, and defendant JUAN MANUEL OLGUIN-TREJO, by and through and with the advice and consent of defense counsel, George W. Hunt, Esq., that:

   1.   Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

//
//

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **September 18, 2006**.

4. The material witnesses, Jose Martinez-Serrano and Veronica Alvarado-Hernandez, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about August 17, 2006;

    c. Were found in a vehicle driven by defendant at the Otay Mesa, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying and/or having others pay on their behalf between $3,500 and 100 Pesos (Mexican currency) to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Juan Manuel Olguin-Trejo      2      06MG1544

1 | of (an) unavailable witness(es); and,

2 |      c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3 | "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4 | and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5 | waives the right to confront and cross-examine the material witness(es) in this case.

6 |    6. By signing this stipulation and joint motion, defendant certifies that defendant has

7 | read it (or that it has been read to defendant in defendant's native language). Defendant certifies

8 | further that defendant has discussed the terms of this stipulation and joint motion with defense

9 | counsel and fully understands its meaning and effect.

10 |    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11 | immediate release and remand of the above-named material witness(es) to the Department of

12 | Homeland Security for return to their country of origin.

13 |    It is STIPULATED AND AGREED this date.

14 |           Respectfully submitted,

15 |           CAROL C. LAM
          United States Attorney

17 | Dated: 8-31-06

18 |           L. MARCEL STEWART
          Assistant United States Attorney

20 | Dated: 8-29-06

          GEORGE W. HUNT
          Defense Counsel for Juan Manuel Olguin-Trejo

22 | Dated: 8-29-06

          JUAN MANUEL OLGUIN-TREJO
          Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Juan Manuel Olguin-Trejo    3      06MG1544

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 8/31/06

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Juan Manuel Olguin-Trejo                4                                06MG1544

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>vs.<br><br>Juan Manuel Olguin - Trejo<br><br>  Defendant(s) | CRIMINAL NO. 06CR1908-H<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

VERONICA ALVARADO-Hernandez

DATED: August 31, 2006

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
      Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Juan Manuel Olguin-Trejo<br><br>Defendant(s) | CRIMINAL NO. 06CR1908-H<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge,)   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court).)

Jose Carlos Martinez - Serrano

DATED: August 31, 2006

**Leo S. Papas**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
                DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk